```
FILED
Sep 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA SCHOTT BENNETT (NYBN 5132063)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   samantha.schott@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO.: CR 20-00317 JSW |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER UNSEALING INDICTMENT |
| v. | ) |
| JOSE IGNACIO OCHOA, aka "Diver," | ) |
| Defendant. | ) |

Upon motion of the United States and for good cause shown, IT IS HEREBY ORDERED that the Indictment and docket in this matter be unsealed.

IT IS SO ORDERED.

DATED:  September 17, 2020

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] UNSEALING ORDER
CR 20-00317 JSW