Nghi Lam (SBN 313126)
Nghi Lam Law Firm
17111 Beach Blvd., Suite 212
Huntington Beach, CA 92647
213-235-7969
nghi@nghilamlaw.com

Attorney for Defendant
JOSE IGNACIO OCHOA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE IGNACIO OCHOA,<br>　　　　　Defendant. | Case No.: 20-CR-00317<br><br>SUPPLEMENTAL EXHIBIT IN SUPPORT OF JOSE OCHOA'S SENTENCING MEMORANDUM<br><br>Date:　July 25, 2023<br>Dept:　Courtroom of the Hon. Jeffrey S. White<br>Time:　1:00 p.m. |

　　　　Defendant JOSE IGNACIO OCHOA, by and through his counsel of record, Nghi Lam, respectfully submits this supplemental exhibit in support of his Sentencing Memorandum. Mr. Ochoa has completed 7 additional courses while in custody: Legal Studies, Learning How to Be a Better Parent, Math – Addition, Subtraction, Multiplication, and Division, Criminal Process: The Basics, In the Courtroom, Career Exploration: Business, Management, and Administration, and Computer Basics.

Dated: July 21, 2023　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Nghi Lam

　　　　　　　　　　　　　　　　　　　　　　　Nghi Lam
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Mr. Jose Ochoa

EXHIBIT 6

# CERTIFICATE
## of
## Completion

*This Certificate is Proudly Presented to*

**JOSE OCHOA**

*For completing*

*Introduction to Legal Studies*

*in our Educational Curriculum*

06-26-2023
Date

edovo

President of JES











