CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-6748
    EMAIL:  Jonathan.Lee@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-317 JSW |
| Plaintiff, | **NOTICE OF REMOVAL OF COUNSEL** |
| v. | |
| JOSE IGNACIO OCHOA, ET AL, | |
| Defendants. | |

The United States Attorney's Office hereby files this Notice of Removal of Counsel for Assistant United States Attorney Jonathan U. Lee who is no longer the attorney of record in this case.  Please remove AUSA Lee from the ECF notification list associated with this case.


DATED: November 20, 2025                    Respectfully submitted,

                                         CRAIG H. MISSAKIAN
                                         United States Attorney

*Jonathan U. Lee*

                                         JONATHAN U. LEE
                                         Assistant United States Attorney